**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6078**

_____

UNITED STATES OF AMERICA,

          Plaintiff – Appellee,

    v.

ERIC DAVIS, a/k/a Lil E,

          Defendant – Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (3:07-cr-00672-JFA-1)

_____

Submitted: March 2, 2010        Decided: March 18, 2010

_____

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Davis, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Davis appeals the district court's order denying his motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Davis, No. 3:07-cr-00672-JFA-1 (D.S.C. Dec. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED